UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

COMMACK SELF-SERVICE KOSHER
MEATS, INC., d/b/a COMMACK KOSHER,
BRIAN YARMEISCH and JEFFREY YARMEISCH,

                                     Plaintiffs

    - against -                                         JUDGMENT
                                                        96-CV-179 (NG)

RABBI SCHULEM RUBIN, as Director of the
Kosher Law Enforcement Division of THE NEW
YORK STATE DEPARTMENT OF AGRICULTURE
AND MARKETS,

                                       Defendant,

    - and -

HON. SHELDON SILVER, THE UNION OF
ORTHODOX JEWISH CONGREGATIONS OF
AMERICA, ABE ALPER, JON GREENFIELD,
JACK LEE, RABBI MOSHE PORTNOY, RICHARD
SCHWARTZ, AGUDATH HARABONIM OF THE
UNITED STATES AND CANADA, AGUDATH
ISRAEL OF AMERICA, NATIONAL COUNCIL OF
YOUNG ISRAEL, RABBINICAL ALLIANCE OF
AMERICA, RABBINICAL COUNCIL OF AMERICA,
TORAH UMESORAH NATIONAL SOCIETY OF
HEBREW DAY SCHOOLS, UNION OF ORTHODOX
JEWISH CONGREGATIONS OF AMERCA,

                                     Defendants-Intervenors
----------------------------------------------------------------X

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ July 31, 2000 ★
P.M. _____
TIME A.M. _____

    An Opinion and Order of the Honorable Nina Gershon, United States District Judge, having been filed on July 28, 2000, granting the plaintiffs' motion for summary judgment with respect to their claims regarding New York Agriculture & Markets Law §§ 201-a, 201-b(1), 201-c, 201-e (2-a) and (3-c), 201-f, 201-h, and 26-a on the ground that, on their face, they

AO 72A
(Rev.8/82)

violate the Establishment Clause and are therefore unconstitutional; denying defendants' and intervenors' motions for summary judgment; and, directing the Clerk of Court to enter judgment declaring those statutes unconstitutional and permanently enjoining defendants from enforcing them; it is

ORDERED and ADJUDGED that the plaintiffs are awarded judgment declaring that NewYork Agriculture & Markets Law §§ 201-a, 201-b(1), 201-c, 201-e (2-a) and (3-c), 201-f, 201-h, and 26-a are unconstitutional on their face in that they violate the Establishment Clause; and it is further ORDERED and ADJUDGED that the defendant is permanently enjoined from enforcing them.

_____
NINA GERSHON
UNITED STATES DISTRICT JUDGE

                                  ROBERT C. HEINEMANN
                                  CLERK OF COURT

by

                                  _____
                                  JAMES GIOKAS
                                  CHIEF DEPUTY CLERK

<u>Dated</u>: Brooklyn, New York
         July 31, 2000

AO 72A
(Rev.8/82)