

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ELIOT SPITZER**
Attorney General

(212) 416-6046

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 1 2003 ★

BROOKLYN OFFICE

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau

July 24, 2003

RECEIVED
In Chambers of
U.S.D.J. Gershon

JUL 2 5 2003

Via Fedex
Hon. Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Commack Kosher v. Rubin
    96 cv 0179 (E.D.N.Y.)

Dear Judge Gershon:

I am the Assistant Attorney General assigned to represent the state defendants in the above referenced action. I write to respectfully request an extension of time to respond to counsel for plaintiff, Robert Dinnerstein, Esq.,'s fee application.

The fee application recently reached me. I shall be out of state for three weeks in August. Accordingly, I respectfully request an extension of time to respond to the fee application until September 30, 2003.

Mr. Dinnerstein advises that he will not object to this application for an extension. This is the first request for an extension with respect to the fee matter.

MOVANT'S COUNSEL IS DIRECTED TO SERVE A
COPY OF THIS ORDER ON ALL PARTIES UPON
RECEIPT.

Respectfully yours,

Ivan B. Rubin
Assistant Attorney General

cc: Robert Dinnerstein, Esq.
    Via facsimile

So Ordered