

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

(212) 416-6046

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau

August 31, 2004

**Via Facsimile**
Hon. E. Thomas Boyle
United States Magistrate Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Commack Kosher Self-Service Meats v Rubin
    <u>96 cv 0179 (NG)(ETB)</u>

Dear Judge Boyle:

I am the Assistant Attorney General assigned to represent the defendant with regard to the fee application of the plaintiffs. I write to advise that the parties have settled the matter of fees and disbursements for $450,000.00. Accordingly, Lisa Lundy of your chambers has cancelled the settlement conference scheduled for 2:00 PM today, August 31, 2004. The parties will execute a stipulation of settlement which will presented to the Court for approval. Robert Dinnerstein, Esq., attorney for the plaintiffs joins in this letter.

Ms. Lundy gave permission for this letter to be sent by facsimile.

Respectfully yours,

Ivan B. Rubin
Assistant Attorney General

cc: Hon. Nina Gerson
    Robert Dinnerstein, Esq.
    Nathan Lewin, Esq.
    All via facsimile